UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALFREDO,

    Plaintiff,                                     Case No. 23-cv-10526

v.                                          HON. MARK A. GOLDSMITH

MBM FABRICATING CO., INC.,

    Defendant.

_____/

**OPINION & ORDER**
**DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (Dkt. 18)**

The Court denies Plaintiff John Alfredo's motion for reconsideration (Dkt. 18) of the Court's January 10, 2025 opinion & order (Dkt. 17) denying Alfredo's motion for reconsideration. See E.D. Mich. R. 7.1(h)(4).

SO ORDERED.

Dated: April 16, 2025                                s/Mark A. Goldsmith
  Detroit, Michigan                            MARK A. GOLDSMITH
                                                United States District Judge